IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN SWIBE<br>*Plaintiff* | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| ALLIED TRUST INSURANCE COMPANY<br>*Defendant* | MAGISTRATE JUDGE: |

## LIST OF ALL PARTIES AND PLEADINGS

Allied Trust Insurance Company ("Allied"), pursuant to 28 U.S.C. § 1447(b), submits the following list of all parties remaining in this action and a list of pleadings filed by those parties in state court, pursuant to 28 U.S.C. § 1446(a):

1. Plaintiff Joann Swible

2. Defendant Allied Trust Insurance Company

Pleadings filed by Those Parties in State Court:

1. Petition for Damages – 22nd Judicial District Court, St. Tammany Parish; Suit No.: 2023-15310, Division C

2. Order

3. Order

4. Order

5. Sheriff's Letter

6. Citation

7. Notice of Filing Notice of Removal

Copies of these pleadings have been attached *in globo* as Exhibit "A".

Respectfully submitted:

*/s/Austin T. Welch*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**ERIN W. BERGGREN (37551)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Boulevard, Suite 101
Mandeville, Louisiana 70471
Telephone:     (985) 778-0678
Facsimile:     (985) 778-0682
*Email: Austin@monsonfirm.com*
**Counsel for Defendant,**
**Allied Trust Insurance Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 2nd day of November 2022.

*/s/ Austin T. Welch*