UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN SWIBE<br>*Plaintiff*<br><br>VERSUS<br><br>ALLIED TRUST INSURANCE COMPANY<br>*Defendant* | CIVIL ACTION NO. 2:23-cv-06644<br><br>JUDGE: LANCE M. AFRICK<br><br>MAGISTRATE JUDGE:<br>JANIS VAN MEERVELD |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Joann Swibe ("Plaintiff"), and Defendant, Allied Trust Insurance Company ("Allied Trust") who respectfully represent that all underlying claims, issues, and matters in the above-captioned matter have been resolved as to all parties. Accordingly, Plaintiff respectfully moves for an Order dismissing this case, with prejudice, with each party to bear his, her or its own costs.

*/s/   Mark Ladd*
**MARK LADD (30874)**
**GALINDO LAW FIRM**
3850 N. Causeway Blvd., Ste. 1520
Metairie, Louisiana 70002
Email:   mark@galindolaw.com
Telephone: (713) 228-3030
Facsimile: (713) 228-3003
*Counsel for Plaintiff,*
*Joann Swibe*

*/s/ Austin T. Welch*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Blvd., Ste. 101
Mandeville, Louisiana 70471
Email:         Austin@MonsonFirm.com
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
***Counsel for Allied Trust Insurance Company***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 15th of February, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participating parties. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participating parties.

                                                       */s/ Austin T. Welch*